Samuel L. Eilers
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: samuel_eilers@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JUAN CAMARENA,<br><br>      Defendant. | Case No. 3:19-cr-00126-RRB-MMS<br><br>**NOTICE OF INTENT TO CHANGE PLEA BEFORE UNITED STATES MAGISTRATE JUDGE VIA VIDEOCONFERENCE** |

  PLEASE TAKE NOTICE that Defendant Juan Camarena intends to change his plea to guilty to the one-count Indictment charging him with Felon in Possession of Ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). *See* Dckt. 14. Mr. Camarena also intends to admit the criminal forfeiture allegation. *See id*. There will be a written plea agreement between the parties.

  Mr. Camarena, having been advised of his right to enter his guilty plea before a United States District Judge under Federal Rule of Criminal Procedure 11, requests and consents to have his plea taken by a United States Magistrate Judge. Mr. Camarena also consents to have his plea taken via videoconference in light of the health and safety concerns presented by the ongoing COVID-19 pandemic in the District of Alaska.

/ / /

Defense counsel requests a Change of Plea Hearing during the week of October 13, 2020, or as soon thereafter as is convenient for the Court.

DATED at Anchorage, Alaska this 1st day of October, 2020.

Respectfully submitted,

*/s/ Samuel L. Eilers*
Samuel L. Eilers
Assistant Federal Defender
Counsel for Juan Camarena

Certificate of Service:
I, Samuel L. Eilers, hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 1, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Samuel L. Eilers*